FILED

02/02/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0272

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0272

PLANNED PARENTHOOD OF MONTANA
and PAUL FREDERICK HENKE, M.D., on
behalf of themselves and their patients,

      Plaintiffs and Appellees,

    v.

ORDER

STATE OF MONTANA and AUSTIN
KNUDSEN, Attorney General of the State of
Montana, in his official capacity, and his agents
and successors,

      Defendants and Appellants.

Pursuant to the Internal Operating Rules of this Court, this cause is classified for oral argument before the Court sitting en banc and is hereby set for argument on Wednesday, March 6, 2024, at 9:30 a.m. in the courtroom of the Montana Supreme Court, Joseph P. Mazurek Justice Building, Helena, Montana.

IT IS FURTHER ORDERED that pursuant to M. R. App. P. 17(3), oral argument times in this cause number shall be forty (40) minutes for the Appellants and thirty (30) minutes for the Appellees.

Counsel should be mindful of the provisions of M. R. App. P. 17(6).

The Clerk is directed to provide a copy hereof to all counsel of record and to Honorable Christopher D. Abbott, District Judge.

DATED this 2nd day of February, 2024.

For the Court,

/S/ DIRK M. SANDEFUR
Acting Chief Justice

Electronically signed by:
Dirk Sandefur
Justice, Montana Supreme Court
February 2 2024